IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| APRIL MAGOLON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| WALT DISNEY PARKS AND RESORTS, LLC | : | NO. 10-3937 |

## **ORDER**

**AND NOW**, this 29th day of December, 2010, upon consideration of Defendant's Motion to Dismiss or, Alternatively, Transfer (Docket No. 13), Plaintiff's response thereto, and Defendant's reply brief, **IT IS HEREBY ORDERED** that the Motion is **DENIED** in its entirety.

BY THE COURT:

/s/ John R. Padova, J.

_____

John R. Padova, J.